**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**

IN RE:                                               *

                                                          CASE NO. : 09-27879

BYRON A. RODGERS, SR.                   *

                                                          Chapter 13

     Debtor                                     *

\*       \*       \*       \*       \*       \*       \*

SKYRISE INVESTORS, LLC               *

     Movant                                     *

V.                                                      *

BYRON A. RODGERS, SR.                   *

     Respondent                             *
\*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

     Now comes Skyrise Investors, LLC, (hereinafter "Movant"), by its attorney, Anthony C. Onwuanibe and respectfully represents unto this court:

     1.     This Motion is filed pursuant to 11 U.S.C. Section (d) through (f) and 28 U.S.C. Section 1334 and Section 157, giving this Court jurisdiction to grant relief from the Automatic Stay for cause and/or to prevent irreparable damage to the interest of a secured creditor in the property of the Debtor.

     2.     Movant is the holder of a certificate of tax sale purchased at the May 9, 2005 Baltimore City tax sale for unpaid property taxes relating real property owned by the Debtor and known as 1700 McCulloh Street, Baltimore, Maryland.

     3.     In Maryland, unpaid property taxes become secured liens against the property which attach at the date the tax became due.  Md. Code Ann., Tax Property Article §§ 14-804, 805 (West 2006).

3.      The principle amount necessary to redeem the certificate of tax sale is $35,941.45, plus interest at the rate set by the Md. Code Ann., Tax Property Article from the date of the sale to the date of redemption, plus attorney's fees and all costs and expenses listed in Md. Code Ann., Tax Property § 14-843.

4.      On or about May 8, 2007, the certificate having not been redeemed, Movant filed a Complaint to Foreclose the Right of redemption before the Circuit Court of Maryland for Baltimore City pursuant to Md. Code Ann., Tax Property Art., § 14-833.

5.      The Debtor has failed to redeem or make any post-petition payments to the Movant so the amount due is now $35,941.45, plus accruing interest and attorneys fees and costs.

6.      Movant believes and avers that its security interest concerning the property is not adequately protected.

7.      That Movant has been and continues to be irreparably injured by the Stay of Section 362(a) of the Bankruptcy Code which prevents the Movant from enforcing his rights under the Tax Property Article of the Maryland Code.

WHEREFORE, the Movant prays this Honorable Court grant the following relief:

A.      That the Court enter an Order lifting the Stay of Section 362 as to the property of the Debtor at 1700 McCulloh Street, Baltimore, Maryland, in order to permit the Movant to commence or resume foreclosure proceedings pursuant to the provisions of the Tax Property Article of the Maryland Code.

B.      That the Court grant such other and further relief as may be necessary.

/s/ Anthony C. Onwuanibe
Anthony C. Onwuanibe
114 W Mulberry Street
Baltimore, MD 21201
(410) 779-7040

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| IN RE: | * | |
| | | CASE NO. : 09-27879 |
| BYRON A. RODGERS, SR. | * | |
| | | Chapter 13 |
|     Debtor | * | |
| | | |
| *  *  *  *  *  *  * | | |
| | | |
| SKYRISE INVESTORS, LLC | * | |
| | | |
|     Movant | * | |
| | | |
| V. | * | |
| | | |
| BYRON A. RODGERS, SR. | * | |
| | | |
|     Respondent | * | |
| *  *  *  *  *  *  *  *  *  *  *  * | | |

**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY**
**AND HEARING THEREON**

SKYRISE INVESTORS LLC, the Movant herein has filed papers with the court seeking relief from the Automatic Stay of 11 U.S.C. Sec. 362(a) to enable it to proceed with foreclosure of his certificate of tax sale purchased at the 2005 Baltimore City tax sale. Your rights may be affected. You should read these papers carefully and discuss them with your lawyer, if you have one, in this bankruptcy case. (If you do not, you may wish to consult one.)

The hearing is scheduled for _____in_____ United States Bankruptcy Court, United States Courthouse, 101 W. Lombard Street, Baltimore, Maryland.

If you do not want the court to grant the motion for relief from stay, or if you want the court to consider your views of the motion, then by _____, you or your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail a copy to:

Anthony C. Onwuanibe
Attorney for Movant
114 W Mulberry Street
Baltimore, MD 21201

If you mail rather than deliver your response to the Clerk of the Bankruptcy Court for

filing, you must mail it early enough so that the court will receive it by the date stated above.

IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE
COURT MAY DECIDE THAT YOU DON NOT OPPOSE THE RELIEF SOUGHT IN THE
MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE
SCHEDULED HEARING DATE.

Date:  January 21, 2010

/s/ Anthony C. Onwuanibe
Anthony C. Onwuanibe
114 W Mulberry Street
Baltimore, MD 21201
(410) 779-7040

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 21, 2010 a copy of the foregoing Notice of
Hearing and Motion for Relief from Stay were mailed by first class mail, postage prepaid to the
following:

Byron A. Rodgers
3917 Mortimer Ave.
Baltimore, MD 21215

Gerard R. Vetter, Trustee
100 S. Charles Street, Suite 501
Tower II
Baltimore, MD 21201-2721

and respondent(s)' counsel:
Jeffrey M. Sirody, ESQ.
1777 Reisterstown Road, Ste. 360
Pikesville, MD 21208

/s/ Anthony C. Onwuanibe
Anthony C. Onwuanibe

114 W Mulberry Street
Baltimore, MD 21201
(410) 779-7040

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| IN RE: | * | |
| | | CASE NO. : 09-27879 |
| BYRON A. RODGERS, SR. | * | |
| | | Chapter 13 |
|     Debtor | * | |
| | | |
| *    *    *    *    *    *    * | | |
| | | |
| SKYRISE INVESTORS, LLC | * | |
| | | |
|     Movant | * | |
| | | |
| V. | * | |
| | | |
| BYRON A. RODGERS, SR. | * | |
| | | |
|     Respondent | * | |

*    *    *    *    *    *    *    *    *    *    *    *

**ORDER GRANTING
RELIEF FROM AUTOMATIC STAY**

Upon consideration of the Motion for Relief from Automatic Stay, and it appearing that the Debtor and the Trustee have consented to the relief request in the Motion for Relief from Automatic Stay by the undersigned signatures of the Debtor's attorney and Trustee, it is this

_____ day of _____ 2010, hereby,

ORDERED, that the Automatic Stay of 11 U.S.C. Sec. 362 is lifted and modified to permit Skyrise Investors LLC ("Skyrise") to exercise any and all rights which Skyrise has as the holder of the certificate of tax sale for the property known as 1700 McCulloh Street, Baltimore, Maryland, described in the motion for Relief from Automatic Stay, including resuming or commencing foreclosure proceedings pursuant to the Tax Property Article of the Maryland Code.

_____
Judge